**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK BANKCARD, INC., a California Corporation,<br><br>     Plaintiffs,<br> vs.<br><br>CABINET SOLUTIONS USA, INC., a North Carolina corporation; CABINET DOORS FAST, LLC, a North Carolina limited liability company; BEST CABINET DOORS, LLC, a North Carolina limited liability company; JAMES CHRISTOPHER ROBINSON, an individual; and DOES 1 – 50, inclusive,<br><br>     Defendants. | Case NO.  2:22-cv-02068 JLS-SK<br><br>**JUDGMENT IN FAVOR OF MAVERICK BANKCARD, INC.** |

Plaintiff Maverick Bankcard, Inc.s' Motion for Default Judgment against Defendants Cabinet Solutions USA, Inc., Cabinet Doors Fast, LLC, Best Cabinet Doors, LLC, and James Christopher Robinson came on for hearing before the Court, on October 21, 2022, Hon. Josephine L. Staton, District Judge Presiding.

After considering the moving papers, and all supporting evidence, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff Maverick Bankcard, Inc. against Defendants Cabinet Solutions USA, Inc., Best Cabinet Doors, LLC, Cabinet Doors Fast, LLC, and James Christopher Robinson (collectively referred to as "Defendants").

2. The Court GRANTS an award of $410,000.00 in actual and compensatory damages in favor of Plaintiff Maverick Bankcard against all Defendants, and;

3. The Court GRANTS Plaintiff Maverick Bankcard's request for attorneys' fees and costs in the amount of $11,800.00 against all Defendants.

DATED: October 25, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE